UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:
   Michael Breza                                   CHAPTER 13
   Catherine Breza                              CASE NO. 08-58457
                                                          JUDGE:Tucker
_____/
      Debtor(s)

**WITHDRAWAL OF MOTION TO EXCUSE ENTRY OF WAGE ORDER AND ALLOW FOR ACH WITHDRAWAL**

     Counsel hereby withdraws the Motion to Excuse Entry of Wage Order filed as Docket entry #17 in this case.

                                               /s/ Melissa Francis
                                             Attorney for Debtors
                                             Melissa Francis (P61495)
                                             Marrs & Terry PLLC
                                             6553 Jackson Rd.
                                             Ann Arbor, MI 48103